UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JOSE L. CASTILLO,<br><br>Plaintiff,<br><br>vs.<br><br>WARDEN - FPC YANKTON,<br><br>Defendant. | 4:26-CV-04108-RAL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Petitioner Jose L. Castillo filed a pro se petition under 28 U.S.C. § 2241. Doc. 1. Castillo challenges Respondent Warden-FPC Yankton's application of the First Step Act (FSA) of 2018, Pub. L. No. 115-391, 132 Stat. 5192, to his sentence. Doc. 1. The Warden filed a Motion to Dismiss, asserting that this Court lacks subject matter jurisdiction over the petition. Doc. 6. This matter was referred to Magistrate Judge Veronica L. Duffy who, on August 17, 2026, issued a Report and Recommendation that the petition be dismissed without prejudice because the Eighth Circuit, in Osorio-Calderon v. Warden, FCI Sandstone, 179 F.4th 1158 (8th Cir. 2026), rejected the underlying premise of Castillo's petition. Doc. 10. The Report and Recommendation alerted Castillo that he had fourteen (14) days after service to object and that failure to timely object waived the right to appeal questions of fact. Id. at 4–5. Castillo has not filed any objection to the Report and Recommendation.

This Court has reviewed the Report and Recommendation and finds no error of law within it. Given the absence of timely objection, this Court need not review the facts de novo. U.S. v.

Williams, 557 F.3d 943, 948 (8th Cir. 2009) (citing Nash v. Black, 781 F.2d 665, 667 (8th Cir. 1986)); Thompson v. Nix, 897 F.2d 356, 357 (8th Cir. 1990). For good cause it is

ORDERED that the Report and Recommendation, Doc. 10, is adopted. It is further

ORDERED that Defendant's Motion to Dismiss, Doc. 6, is granted and Castillo's petition is dismissed without prejudice.

DATED this 15th day of September, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE